FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| FLOYD DEWAINE SCOTT, | ) | Case No. CV 99-12458 GAF (AJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| J. BELMARES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED.**

DATED: 6/26/08

GARY A. FEESS
United States District Judge