FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FLOYD DEWAINE SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> J. BELMARES, et al., <br><br> Defendants. | Case No. CV 99-12458 GAF (AJW) <br><br> ~~PROPOSED~~ <br> **JUDGMENT** |

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __6/26__, 2008

GARY A. FEESS
United States District Judge

10